```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
UNITED STATES OF AMERICA,            :

          Plaintiff,                 :

     v.                                        6:89-CR-00135-01

                                     :
CARROL FREDERICK BLACKBURN

          Defendant.                 :
_____
```

## ORDER

This cause came on for consideration on motion of the United States of America in accordance with the provisions of 18 U.S.C. §3573 (amended November 18, 1988) for remission of the balance of the fine imposed on July 17, 1990 in this cause; and the Court having considered the motion is of the opinion that the motion is well taken balance of the fine imposed on July 17, 1990, and the interest accrued, against the above-named defendant, is hereby remitted.

**SO ORDERED** this 15th day of March, 2006, at Rochester, New York.

S/ MICHAEL A. TELESCA
Michael A. Telesca
United States District Judge
